# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

FMC CORPORATION,

        Plaintiff,

vs.

SHOSHONE-BANNOCK TRIBES,

        Defendant,

Case No. 4:14-CV-489-BLW

**ORDER TO APPROVE SUPERSEDEAS BOND AND STAY EXECUTION OF JUDGMENT PENDING APPEAL**

THIS MATTER having come before the Court on Plaintiff's Motion to Approve Supersedeas Bond and Stay Execution of Judgment Pending Appeal, pursuant to Federal Rule of Civil Procedure 62(d), and the defendant having no objection to the motion, and finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Motion to Approve Supersedeas Bond and Stay Execution of Judgment Pending Appeal (docket no. 98) is GRANTED.

IT IS FURTHER ORDERED, that (1) the Appeal Bond in the amount of $20,519,318.41 is approved and (2) execution of, or any proceedings to enforce, the Tribal Appellate Court's Final Judgment, dated May 16, 2014 or the Judgment entered in this action are stayed until the date the United States Court of Appeals for the Ninth Circuit issues its mandate in the appeal that has been taken from the Judgment in this action.

**ORDER TO STAY EXECUTION OF JUDGMENT PENDING APPEAL - 1**



DATED: January 26, 2018

_____

B. Lynn Winmill
Chief Judge
United States District Court